KEENAN J

PART I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

WARNER BROS. RECORDS INC., ATLANTIC
RECORDING CORPORATION, ELEKTRA
ENTERTAINMENT GROUP INC. and WARNER
MUSIC INC.,

    Plaintiffs,

  v.

ANYWHERECD LLC,

    Defendant.

------------------------------------x

07 Civ. 3212

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/07

  Upon sufficient reason appearing from the Complaint, dated April 20, 2007, Declaration of Howard Singer, sworn to on April 19, 2007, and Exhibit A annexed thereto, Declaration of Laura Browning, sworn to on April 20, 2007, Plaintiffs' Memorandum of Law in Support of Motion to File Certain Documents Under Seal, dated April 20, 2007, and Plaintiffs' Memorandum of Law in Support of Motion for Expedited Trial and Discovery on its Declaratory Judgment Claim, dated April 20, 2007, it is hereby:

  ORDERED that the above-captioned matter is sealed and that all papers filed in this matter shall be filed under seal *until further order of the Judge to whom this matter is ultimately assigned*

SO ORDERED THIS ____ day of April, 2007.

*John F. Keenan*
United States District Judge

Part I

MICROFILM APR 2 3 2007 -9 00 AM