USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

WARNER BROS. RECORDS, INC., *ET AL.*,          :          07 Civ. 3212 (SHS)

                            Plaintiffs,          :

            -against-                            :          ORDER

ANYWHERE CD, LLC,                               :

                            Defendant.          :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.     The Clerk of Court is directed to unseal this case for all future filings;

        2.     This action is consolidated for all pretrial purposes with AnywhereCd,

LLC v. Warner Music, Inc., *et ano*, 07 Civ. 3167 (SHS). All future documents shall be filed in

07 Civ. 3167 (SHS), and contain the caption AnywhereCD, LLC v. Warner Music, Inc., *et ano*;

and

        3.     The parties are directed to publicly file redacted versions of all documents

previously filed under seal. The only material that can be redacted is private competitive

information or personal financial identifying information.

Dated: New York, New York
      April 25, 2007

                              SO ORDERED:

                                 Sidney H. Stein, U.S.D.J.