UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WARNER BROS. RECORDS INC., ATLANTIC
RECORDING CORPORATION, ELEKTRA
ENTERTAINMENT GROUP INC. AND
WARNER MUSIC INC.,

              Plaintiffs,

v.

ANYWHERECD LLC,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ.

**07 CV 3212**

**ORDER TO SHOW CAUSE IN SUPPORT OF PLAINTIFFS' MOTIONS TO FILE CERTAIN DOCUMENTS UNDER SEAL AND FOR EXPEDITED DISCOVERY**

    Upon sufficient reason appearing from the Complaint, dated April 20, 2007, Declaration of Howard Singer, sworn to on April 19, 2007, and Exhibit A annexed thereto, Declaration of Laura Browning, sworn to on April 20, 2007, Plaintiffs' Memorandum of Law in Support of Motion to File Certain Documents Under Seal, dated April 20, 2007, and Plaintiffs' Memorandum of Law in Support of Motion for Expedited Trial and Discovery on its Declaratory Judgment Claim, dated April 20, 2007, it is hereby:

    ORDERED that Defendant AnywhereCD LLC show cause before this Court, at Room ____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on April ___, 2007, at __:__ __.m. EDT, or as soon thereafter as counsel can be heard, why an order should not be issued directing that Plaintiffs may serve Defendant with the written discovery requests attached as Exhibit A to the Declaration of Laura Browning, that Defendant shall respond to Plaintiffs' first set of discovery requests, and produce responsive documents, within 20 days; requiring that all discovery related to Warner's declaratory judgment claim be

completed within 60 days; providing that a trial or other proceeding will be held on such claim promptly following the close of discovery; and directing that Plaintiffs may file their Complaint, Motion for Expedited Trial and Discovery, and Declaration of Howard Singer under seal; and it is further

ORDERED that service of a copy of this Order to Show Cause and all of the papers submitted in support thereof, by hand, facsimile, email or overnight mail upon the Defendant on or before __:__ __.m. EDT on April ___, 2007, shall be deemed good and sufficient service hereof; and it is further

ORDERED that opposing papers, if any, shall be filed with the clerk of this court and served by hand upon Plaintiffs' counsel no later than _____ with any reply by Plaintiffs to be filed and served by _____.

SO ORDERED THIS _____ day of April, 2007.

                                                          _____
                                                                United States District Judge

100207568_4.DOC