STEIN, J

```
USDC SDNY
DOCUMENT
ELECT[RONICA]LLY FILED
DOC #: _____
DATE FILED: 5/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ANYWHERECD, LLC,

        Plaintiff,

v.

WARNER MUSIC INC. and WARNER MUSIC
GROUP CORP.,

        Defendants.

No. 07 Civ. 3167 (SHS)

------------------------------------x
------------------------------------x

WARNER BROS. RECORDS INC., ATLANTIC
RECORDING CORPORATION, ELEKTRA
ENTERTAINMENT GROUP INC. and WARNER
MUSIC INC.,

        Plaintiffs,

v.

ANYWHERECD LLC,

        Defendant.

No. 07 Civ. 3212 (SHS)

------------------------------------x

### STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER, PLEAD OR OTHERWISE MOVE

The parties hereto, by and through their respective counsel, hereby stipulate and agree that Defendants in each action are granted an extension of 14 calendar days, from May 17 to May 31, within which to answer, plead or otherwise move in response to the Complaints in each action. The parties seek this extension in light of the parties' active settlement discussions.

One 7-day extension of time was previously requested and was granted on May 10, 2007.

Dated: May 16, 2007

Cynthia S. Arato (CA 8350)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York, 10166

Attorneys for Warner Bros. Records Inc., Atlantic Recording Corporation, Elektra Entertainment Group Inc., Warner Music Inc., and Warner Music Group Corp.

Dated: May 16, 2007

Mark S. Lafayette (ML 4256)
DREIER LLP
499 Park Avenue
New York, New York 10022

Attorneys for AnywhereCD, LLC

IT IS SO ORDERED.

Dated: May 21, 2007

By: _____
Hon. Sidney H. Stein
United States District Judge

100225875_1.DOC

2